**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____  _____
                            (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an
amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | BOBBY DEE PRESENTS INC. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 8. 3. _ 3. 2. 7. 5. 9. 4. 0 |

4. **Debtor's address**

**Principal place of business**

9950 Bell Ranch Drive
Number        Street

Unit # 104

Santa Fe Springs        CA        90670
City                    State    ZIP Code

Los Angeles County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

Santa Fe Springs
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                    State    ZIP Code

5. **Debtor's website** (URL)        www.bobbydeepresents.com

Debtor    __Bobby Dee Presents Inc._____    Case number (if known)_____
          Name

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | _7_ _1_ _1_ _3_ |

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply*: |
| | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| If more than 2 cases, attach a separate list. | ☐ Yes.  District _____  When _____  Case number _____ |
| | MM / DD / YYYY |
| | District _____  When _____  Case number _____ |
| | MM / DD / YYYY |

Debtor      Bobby Dee Presents Inc.
            _____          Case number (if known)_____
            Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

        District _____    When _____
                                                            MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   Where is the property?_____
                          Number      Street

                          _____

                          _____    _____
                          City                       State ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes. Insurance agency _____

      Contact name    _____

      Phone           _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | Bobby Dee Presents Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ■ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/10/2026
            MM / DD / YYYY

**X** _____                    Robert Drieslein
Signature of authorized representative of debtor    Printed name

Title  **Chief Executive Office**

**18. Signature of attorney**

**X** /s/ Marc Aaron Goldbach                    Date  04/10/2026
Signature of attorney for debtor                        MM / DD / YYYY

Marc Aaron Goldbach
Printed name
Goldbach Law Grop
Firm name
111 West Ocean Blvd., Suite 400
Number      Street
Long Beach                                        CA      90802
City                                              State   ZIP Code

562-696-0582                                      marc.goldbach@goldbachlaw.com
Contact phone                                     Email address

139318                                            CA
Bar number                                        State

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Santa Fe Springs___, California

_____
Signature of Debtor 1

Date: ___4/7/2026___

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                           Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc Aaron Goldbach (SBN 139318)<br>Goldbach Law Group<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>562-696-0582<br>888-771-5425<br>marc.goldbach@goldbachlaw.com | |

☒ *Attorney for:* Bobby Dee Presents Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Bobby Dee Presents Inc.<br><br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, (Printed name of attorney or declarant) Robert Drieslein _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _4/7/2026_____

By: _____
Signature of Debtor, or attorney for Debtor

Name: _Robert Drieslein, Chief Executive Officer_____
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          **F 1007-4.CORP.OWNERSHIP.STMT**

## BOBBY DEE PRESENTS INC.

### Resolution Authorizing Chapter 11 Filing

The undersigned, as the Chief Executive Officer, Secretary, Chief Financial Officer and Sole Director of Bobby Dee Presents Inc. (the "Company"), a California Corporation, pursuant to the provisions of California Corporations Laws, does hereby authorize, adopt and approve the following actions and resolutions by this written consent to action without a meeting:

RESOLVED: That, based on the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a petition seeking relief under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California.

RESOLVED: That Robert Drieslein, as well as such other persons that Mr. Drieslein designates in writing (collectively the "Authorized Persons"), are each empowered and directed to take action to; (i) prepare and file on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code; (ii) cause the Company to perform its functions and duties as a debtor pursuant to the applicable provisions of the Bankruptcy Code; (iii) take such steps on behalf of the Company as may be necessary or appropriate to the Company's chapter 11 case; (iv) execute and file on behalf of the Company any pleading appropriate or necessary for the Company to fulfill its obligations under the Bankruptcy Code and/or applicable non-bankruptcy law; and (v) execute such further documents and do such further acts as such Authorized Persons may deem necessary or appropriate with respect to the foregoing, the execution of any document or the doing of any act by such Authorized Persons in connection with such proceedings to be conclusively presumed to be authorized by this vote.

RESOLVED: That each of the Authorized Persons may engage, retain, and employ, on behalf of the Company, Goldbach Law Group as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleading; and, in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention

agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain cause to be filed an appropriate application for authority to retain the services of Goldbach Law Group, Professional Corporation.

RESOLVED: That each of the Authorized Persons may engage, retain and employ, on behalf of the Company, any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay for appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED: That each Authorized Person is hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, all agreements, instruments, petitions, schedules, motions, lists, affidavits, applications for approvals or ruling of governmental or regulatory authorities, pleadings, certificates and other papers, and to take and perform any and all further acts and deeds that in the judgment of an Authorized Person shall be necessary, proper or desirable to the Company's chapter 11 proceeding.

RESOLVED: That any and all actions heretofore or hereafter lawfully taken in the name of or on behalf of the Company in good faith by any Authorized Person in furtherance of the purposes of the foregoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

RESOLVED: That any and all actions and transactions related to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance.

In witness whereof, this Resolution has been executed on the date stated below.


Dated: March 18, 2026


_____
Robert Drieslein, as Chief Executive Officer of Bobby Dee Presents Inc.

Bobby Dee Presents Inc. Chapter 11

LIST OF EQUITY SECURITY HOLDERS

ROBERT A. DRIESLEIN

9950 BELL RANCH DRIVE

UNIT # 104

SANTA FE SPRINGS, CA 90670

**Fill in this information to identify the case:**

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the:  Central _____ District of  California
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Bridgecap Financial 19790 W. Dixie Highway Suite 905 Miami, FL 33180 | Bridgecap Financial 561-295-881 info@bridgecapfinancial.com | Merchant Cash Advance | | | | 500,000.00 |
| 2 Cali Flower Capital Inc. 1 Princeton Avenue Brick Township, NJ 08724 | Cali Flower Capital Inc. 1-888-966-3433 info@califlowercapital.com | Merchant Cash Advance | | | | 150,000.00 |
| 3 Pawn Funding FL LLC 9600 Koger Blvd. N. Suite 236 St. Petersburg, FL 33702 | Pawn Funding FL LLC 656-207-6040 PawnFunding@rfservicingllc.com | Merchant Cash Advance | | | | 325750.00 |
| 4 Daytona Funding Solutions Corp. 266 Broadway, Suite 401 Brooklyn, NY 11201 | Daytona Funding Solutions Corp. 516-619-7796 | Merchant Cash Advance | | | | 180,000.00 |
| 5 Kingdom Kapital 1 Princeton Avenue Brick, NJ 08724 | Kingdom Kapital moshe@megedfunding.com 929-263-2226 | Merchant Cash Advance | | | | 435,000.00 |
| 6 Launch Funding Group LLC 1250 E. Hallendale Beach Bl. Suite 505 Hallandale Beach, FL 33009 | Launch Funding Group 786-977-2534 info@launchfundinggroup.com | Merchant Cash Advance | | | | 300,000.00 |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor __Bobby Dee Presents Inc._____        Case number (if known)_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

**Fill in this information to identify the case:**

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**                                                                                        $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. JP Morgan | Checking | 1  8  8  6 | $    71,574.29 |
| 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**                                                                                   $    71,574.29

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

                                                                                                                 **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Security Deposit for Commercial Lease                                      $    6,254.00
   7.2. _____    $_____

Debtor   __Bobby Dee Presents Inc.__   Case number _(if known)_____
         Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. __Artists Prepaid Expenses__   $___1,213,305.70__

8.2._____   $_____

**9. Total of Part 2.**   $_____1,219,559.70__

Add lines 7 through 8. Copy the total to line 81.

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ....➔   $_____
                          face amount   doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....➔   $_____
                       face amount   doubtful or uncollectible accounts

**12. Total of Part 3**   $_____

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. __Good Fella Pizzeria BDP and Norwalk Taco Factory__   _100_ %   TBD   $ TBD

15.2. __Kung Pao Palace and La Rosa__   _100_ %   TBD   $ TBD

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**   $ TBD

Add lines 14 through 16. Copy the total to line 83.

Debtor    Bobby Dee Presents Inc._____    Case number (*if known*)_____
         Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

_____    _____    $_____    _____    $_____
                              MM / DD / YYYY

20. **Work in progress**

_____    _____    $_____    _____    $_____
                              MM / DD / YYYY

21. **Finished goods, including goods held for resale**

_____    _____    $_____    _____    $_____
                              MM / DD / YYYY

22. **Other inventory or supplies**

_____    _____    $_____    _____    $_____
                              MM / DD / YYYY

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                         $_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____    $_____    _____    $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

_____    $_____    _____    $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____    $_____    _____    $_____

31. **Farm and fishing supplies, chemicals, and feed**

_____    $_____    _____    $_____

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $_____    _____    $_____

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **3**

Debtor    Bobby Dee Presents Inc.    Case number (*if known*)_____
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office Furniture, Tables and Chairs | $ 2,776.38 | Used Furn Prices | $ 2,776.38 |
| 40. **Office fixtures** | | | |
| Long Term Office Equipment | $ 2,407.17 | Used Equip Prices | $ 2,407.17 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, Printers, Servers | $ 10,000.00 | Used Comp Prices | $ 10,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Paintings | $ 5,000.00 | _____ | $ 5,000.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ 20,183.55

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    Bobby Dee Presents Inc._____    Case number (if known)_____
           Name

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2019 Bentley | $ 68,000.00 | KBB | $ 68,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Tools, Machinery and Other Equipment | $ 34,866.77 | | $ 34,866.77 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$ 102,866.77

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    __Bobby Dee Presents Inc.__       Case number (if known)_____
          Name

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Commercial Building | Lessee | $ 337,794.00 | GAP | $ 337,794.00 |
| 55.2 9950 Bell Ranch Drive | | $ | | $ |
| 55.3 Unit Nos. 104, 105 and 106 | | $ | | $ |
| 55.4 Leasehold Improvements | | $ | | $ |
| 55.5 Complete Remodel (Fixed Assets) | | $ | | $ |
| 55.6 2022-2023 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 337,794.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    <u>Bobby Dee Presents Inc.</u>     Case number *(if known)*_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜   $_____
                                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim        _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

<u>Current Asset Leasehold Improvements</u>                        $_____967,867.00

_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                 $_____967,867.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Bobby Dee Presents Inc.                                                    Case number (if known)_____
         Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 71,574.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,219,559.70 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 20,183.55 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 102,866.77 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................➜ | | $ 337,794.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 967,867.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,382,051.10 | 91b. $ 337,794.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ....................................................................................    $  2,719,845.10

**Fill in this information to identify the case:**

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the:  Central            District of  CA
                                                             (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Creditor's name**
FFB Bank (SBA Loan)

**Describe debtor's property that is subject to a lien**
A 3 unit commercial/industrial buidling

$ 5,000,000.00    $ 1,800,000.00

**Creditor's mailing address**
7690 N. Palm Avenue, Suite 101
Fresno, CA 93711

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred   05/19/2023

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**   3010 __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   Potentially MCA Lenders

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2  Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 5,000,000.00

Debtor    __Bobby Dee Presents Inc.__                                    Case number *(if known)*_____
        Name

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2._**  **Creditor's name**                **Describe debtor's property that is subject to a lien**

_____        _____    $_____    $_____

**Creditor's mailing address**                                    _____

_____
_____        **Describe the lien**
                            _____

**Creditor's email address, if known**        **Is the creditor an insider or related party?**
_____        ❑ No
                            ❑ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
                            ❑ No
**Last 4 digits of account**                ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**            __ __ __ __

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:** Check all that apply.
❑ No
❑ Yes. Have you already specified the relative priority?        ❑ Contingent
                                            ❑ Unliquidated
    ❑ No. Specify each creditor, including this        ❑ Disputed
        creditor, and its relative priority.

        _____
        _____
        _____

    ❑ Yes. The relative priority of creditors is
        specified on lines _____

**2._**  **Creditor's name**                **Describe debtor's property that is subject to a lien**

_____        _____    $_____    $_____

**Creditor's mailing address**                                    _____

_____
_____        **Describe the lien**
                            _____

**Creditor's email address, if known**        **Is the creditor an insider or related party?**
_____        ❑ No
                            ❑ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
                            ❑ No
**Last 4 digits of account**                ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**            __ __ __ __

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:** Check all that apply.
❑ No
❑ Yes. Have you already specified the relative priority?        ❑ Contingent
                                            ❑ Unliquidated
    ❑ No. Specify each creditor, including this        ❑ Disputed
        creditor, and its relative priority.

        _____
        _____

    ❑ Yes. The relative priority of creditors is
        specified on lines _____

Debtor ___Bobby Dee Presents Inc._____ Case number (if known)_____
     Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor __Bobby Dee Presents Inc.__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101

As of the petition filing date, the claim is:   $_____3,000.00     $_____3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Income Taxes

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (qqqqq)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of ____

Debtor    Bobby Dee Presents Inc.
_____
Name                                                  Case number (if known)_____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._ Priority creditor's name and mailing address**

_____
_____
_____

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**

_____
_____
_____

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**

_____
_____
_____

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**

_____
_____
_____

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor   Bobby Dee Presents Inc. _____   Case number (if known)_____
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 435,000.00 |

Kingdom Kapital

1 Princeton Avenue

Brick, NJ 08724

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  MCA

Date or dates debt was incurred   03/17/2025

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 300,000.00 |

:Launch Funding Group LLC

1250 E Hallandale Beach Blvd Ste 505

Hallendale, FL 33009

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  MCA

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   02/28/2025

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 150,000.00 |

Cali Flower Capital Inc.

1 Princeton Avenue

Brick Township, NJ 08724

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  MCA

Date or dates debt was incurred   05/14/2025

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 300,000.00 |

Bridgecap Financial LLC

19790 W Dixie Hwy Suite 905

Miami, FL 33180

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  MCA

Date or dates debt was incurred   05/09/2025

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 280,000.00 |

Bridgecap Financial LLC

19790 W Dixie Hwy Suite 905

Miami, FL 33180

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  MCA

Date or dates debt was incurred   05/09/2025

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 325,750.00 |

Pawn Funding FL LLC

1311 N Westshore Blvd Suite 101

Tampa, FL 33607

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  MCA

Date or dates debt was incurred   03/17/2025

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor    Bobby Dee Presents Inc.    Case number *(if known)*_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**

Daytona Funding

266 Broadway Suite 401

Brooklyn, NY 11211

Date or dates debt was incurred    06/26/2025

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    180,000.00

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor    Bobby Dee Presents Inc.    Case number (if known)_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.2. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.3. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line _____  ☐ Not listed. Explain _____ | — — — — |
| 4.12. | Line _____  ☐ Not listed. Explain _____ | — — — — |

Debtor    Bobby Dee Presents Inc.    Case number (if known)_____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Bobby Dee Presents Inc.    Case number (if known)_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a. **Total claims from Part 1**                    5a.    $                3,000.00

5b. **Total claims from Part 2**                    5b.  **+**  $            1,970,750.00

5c. **Total of Parts 1 and 2**                      5c.    $            1,973,750.00
    Lines 5a + 5b = 5c.

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ____

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>Bobby Dee Presents, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Central    District of California<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>Chapter   11</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Comercial/Industrial Lease<br>9950 Bell Ranch Unit No 104-106 | DPJV LLC and PJV LLC dba Bell Ranch Business Park<br>Penta Pacific Properties<br>9500 Norwalk Blvd., Norwalk, CA 90650 |
| | State the term remaining | 12/31/2028 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Bobby Dee Presents, Inc.                                    Case number (*if known*)_____
           Name

page ___ of ___

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2._    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

Official Form 206G            **Schedule G: Executory Contracts and Unexpired Leases**            page ___ of ___

**Fill in this information to identify the case:**

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the: Central _____ District of California
                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of ___

Debtor    <u>Bobby Dee Presents Inc.</u>                        Case number *(if known)*_____
          <sub>Name</sub>

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

2.__    _____    _____    _____    ❑ D
                         Street                                     ❑ E/F
                         _____                   ❑ G

                         City        State    ZIP Code

Official Form 206H                    Schedule H: Codebtors                    page ___ of ___

Fill in this information to identify the case and this filing:

Debtor Name __Bobby Dee Presents Inc.__

United States Bankruptcy Court for the: __Central__            District of __California__
                                                                                    (State)

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/7/2026__         ✗ _____
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        __Robert Drieslein__
                                        Printed name

                                        __Chief Executive Officer__
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Bobby Dee Presnts Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2026<br>MM / DD / YYYY to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 1,471,331.39 |
| For prior year: | From 01/01/2025<br>MM / DD / YYYY to | 12/31/2025<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 21,249,634.50 |
| For the year before that: | From 01/01/2024<br>MM / DD / YYYY to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 33,011,144.25 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY to | Filing date | _____ | $ _____ |
| For prior year: | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| For the year before that: | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor  <u>Bobby Dee Presnts Inc.</u>
Name

Case number (*if known*)_____

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | Kingdom Kapital <br> Creditor's name <br> 1 Princeton Avenue <br> Street <br><br> Brick          NJ.    08724 <br> City        State      ZIP Code | 03/2026 <br><br> 02/2026 <br><br> 01/2026 | $ 18,000.00 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | Launch Funding <br> Creditor's name <br> 1250 East Hallendale Beach Blvd. <br> Street <br> Suite 505 <br> Hallandale Beach    FL    33009 <br> City        State      ZIP Code | 03/2026 <br><br> 02/2026 <br><br> 01/2026 | $ 18,000.00 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name <br> Street <br> City        State      ZIP Code <br> **Relationship to debtor** | | $_____ | |
| 4.2. | Insider's name <br> Street <br> City        State      ZIP Code <br> **Relationship to debtor** | | $_____ | |

Debtor Bobby Dee Presents Inc.

Statement of Financial Affairs Form 207 Attachment

Part 2:  List of Certain Transfers Made Before Filing for Bankruptcy

| Bridgegap Financial | 03/2026 | $36,000. | Unsecured Lon Payments |
| 19790 W. Dixie Hwy. | 02/2026 | | |
| Suite 905 | 01/2026 | | |
| Miami, FL 33180 | | | |

| Daytona Funding Solutions Corp. | 03/2026 | $18,000 | Unsecured Loan Payments |
| 266 Broadway | 02/2026 | | |
| Suite 401 | 01/2026 | | |
| Brooklyn, NY 11201 | | | |

| Pawn Funding FL LLC | 03/2026 | $18,000 | Unsecured Loan Payments |
| 9600 Koger Blvd. N. | 02/2026 | | |
| Suite 236 | 01/2026 | | |
| St. Petersburg, FL 33702 | | | |

| Cali Flower Capital | 03/2026 | $18,000. | Unsecured Loan Payments |
| 1 Princeton Avenue | 02/2026 | | |
| Brick Township, NJ 08724 | 01/2026 | | |

Debtor   Bobby Dee Presnts Inc.                                      Case number (if known)_____
         _____
         Name

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State      ZIP Code | | | |

---

## Part 3:   Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Kingdom Kapital v. Bobby D | OSC/TRO | Supreme Court of State of NY | ☑ Pending |
| | | Name | ☐ On appeal |
| | | 360 Adams Street | ☐ Concluded |
| Case number | | Street | |
| Index No.524317/2025 | | Brooklyn.      NY      11201 | |
| | | City        State      ZIP Code | |
| | | | |
| Case title | | Court or agency's name and address | ☐ Pending |
| 7.2. | | | ☐ On appeal |
| | | Name | ☐ Concluded |
| Case number | | Street | |
| | | | |
| | | City        State      ZIP Code | |

Debtor    Bobby Dee Presnts Inc.
          Name

Case number (*if known*)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City   State   ZIP Code | | Street |
| | Date of order or assignment | City   State   ZIP Code |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

---

Debtor   Bobby Dee Presnts Inc.
         _____
         Name

Case number (if known)_____

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.  Goldbach Law Group
       _____

       **Address**

       Street
       111 W. Ocean Blvd., Suite 400

       Long Beach            CA.     90802
       City                 State    ZIP Code

       **Email or website address**
       www.goldbachlaw.com

       **Who made the payment, if not debtor?**
       BDP Worldwide

Dates: 03/2026   Total amount or value: $ 20,000.00

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2.  _____

       **Address**

       _____
       Street

       _____
       City                 State    ZIP Code

       **Email or website address**
       _____

       **Who made the payment, if not debtor?**
       _____

Dates: _____   Total amount or value: $_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |

Trustee
_____

---

Debtor   Bobby Dee Presnts Inc.
         _____                    Case number (if known)_____
         Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |

Debtor _Bobby Dee Presnts Inc._____    Case number (if known)_____
      Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

❑ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
_____
Facility name

_____
Street

_____          Location where patient records are maintained (if different from facility
City          State          ZIP Code     address). If electronic, identify any service provider.

How are records kept?

Check all that apply:

❑ Electronically
❑ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
_____
Facility name

_____
Street

_____          Location where patient records are maintained (if different from facility
City          State          ZIP Code     address). If electronic, identify any service provider.

How are records kept?

Check all that apply:

❑ Electronically
❑ Paper

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No
❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.
❑ Yes. Fill in below:

Name of plan                                        Employer identification number of the plan

_____          EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

❑ No
❑ Yes

---

Debtor    Bobby Dee Presnts Inc.             Case number *(if known)*_____
Name

---

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name _____ Street _____ City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name _____ Street _____ City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City State ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City State ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ | ☐ No ☐ Yes |

---

Debtor    **Bobby Dee Presnts Inc.**_____     Case number (*if known*)_____
          Name

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

### Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor ___Bobby Dee Presents Inc._____     Case number (if known)_____
           Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Goodfellas Pizzeria BDP LLC**<br>Name<br>**13022 Whittier Blvd.**<br>Street<br><br>**Whittier,          CA.        9060**<br>City          State     ZIP Code | Restaurant | EIN: 9_ 2_ – 3_ 4_ 9_ 2_ 8_ 3_ 1<br><br>**Dates business existed**<br><br>From 08/11/2023  To  Present |
| 25.2. | **The Norwalk Taco Factory**<br>Name<br>**12227 Norwalk Blvd.**<br>Street<br><br>**Norwalk,          CA        9065**<br>City          State     ZIP Code | Restaurant | EIN: 9_ 9_ 1_ 6_ 6_ 1_ 6_ 3_ 9<br><br>**Dates business existed**<br><br>From 02/29/2024  To  Present |
| 25.3. | **The Hide Out**<br>Name<br>**632 E. Whittier Blvd.**<br>Street<br><br>**La Habra,          CA.        906**<br>City          State     ZIP Code | Bar (Closed) | EIN: 8_ 8_ – 3_ 8_ 6_ 9_ 2_ 2_ 9<br><br>**Dates business existed**<br><br>From _____  To 01/08/2026 |

Debtor    __Bobby Dee Presents Inc._____        Case number (if known)_____
          Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Goodfellas Pizzeria II<br>Name<br>10722 Beverly Blvd.<br>Street<br><br>Whittier,        CA     90601<br>City          State     ZIP Code | Restaurant (Closed) | EIN: 9  9 – 1  5  5  0  8  0  3<br>**Dates business existed**<br><br>From 01/31/2025  To 12/06/2025 |
| 25.2. | Kung Pao Palace<br>Name<br>12331 Imperial Highway<br>Street<br><br>Norwalk,        CA     90670<br>City          State     ZIP Code | Restaurant | EIN: 3  3  3  1  9  3  3  7  8<br>**Dates business existed**<br><br>From 01/31/2025   To  Present |
| 25.3. | La Rosa<br>Name<br>1229 S. La Habra Blvd.<br>Street<br><br>La Habra        CA     9063<br>City          State     ZIP Code | Restaurant | EIN: 32-0791260<br>**Dates business existed**<br><br>From 10/10/2024   To  Present |

Debtor    Bobby Dee Presnts Inc.
          Name                                              Case number (if known)_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Andre Vizcarra, Accountant | From _____  To _____ |
| Name | |
| 11302 Whitley | |
| Street | |
| | |
| Whittier                CA          90601 | |
| City                   State       ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____  To _____ |
| Name | |
| | |
| Street | |
| | |
| | |
| City                   State       ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____  To _____ |
| Name | |
| | |
| Street | |
| | |
| City                   State       ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____  To _____ |
| Name | |
| | |
| Street | |
| | |
| City                   State       ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Robert Drieslein | |
| Name | |
| 9950 Bell Ranch Drive | |
| Street | |
| Suite104 | |
| Santa Fe Springs         CA          90670 | |
| City                   State       ZIP Code | |

---

Debtor    __Bobby Dee Presnts Inc._____          Case number *(if known)*_____
      Name

|  | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City      State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.
Name

Street

City      State    ZIP Code

**Name and address**

26d.2.
Name

Street

City      State    ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.
Name

Street

City      State    ZIP Code

Debtor    Bobby Dee Presnts Inc.                                    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.    _____
         Name

         _____
         Street

         _____

         _____
         City                        State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Drieslein | 9950 Bell Ranch Drive, Suite 104 | President/Secretary | 100% |
| | Santa Fe Springs, CA 90670 | Stockholder | |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | | |
| _____ | | _____ | |
| _____<br>City        State    ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor   <u>Bobby Dee Presents Inc.</u>
Name
                                                    Case number (if known)

---

**Name and address of recipient**

30.2
Name

Street

City                    State        ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

                                                    EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

                                                    EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>04/11/2026</u>
              MM / DD / YYYY

✗ _____         Printed name   <u>Robert Drieslein</u>
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   <u>President</u>

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

## Central District of California

**In re**    Bobby Dee Presents Inc.

Case No. _____

Chapter 11 _____

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____15,000.00

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____15,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>04/10/2026<br>*Date*</td><td>/s/ Marc Aaron Goldbach<br>*Signature of Attorney*</td></tr>
<tr><td></td><td>Goldbach Law Group<br>*Name of law firm*</td></tr>
</table>

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address
Marc Aaron Goldbach (SBN 139318)
Goldbach Law Group
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
562-696-0582
888-771-5425
marc.goldbach@goldbachlaw.com

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

Bobby Dee Presents Inc.

Debtor(s).

CASE NO.:

CHAPTER: 11

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 04/7/2026

Date: _____

Date: _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) (if applicable)

/s/ Marc Aaron Goldbach
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

FFB Bank

7690 North Palm Avenue

Suite 101

Fresno, CA 93711


Internal Revenue Service

Centralized Insolvency Operations

PO Box 7317

Philadelphia, PA 19101


Kingdom Capital

1 Princeton Avenue

Brick, NJ 08724


Launch Funding Group LLC

1250 East Hallandale Beach Blvd

Suite 505

Hallandale, FL 33009


Cali Flower Capital Inc

1 Princeton Avenue

Brick Township, NJ 08724

Bridgecap Financial LLC

19790 West Dixie Highway

Suite 905

Miami, FL 33180


Pawn Funding FL LLC

1311 North Westshore Blvd

Suite 101

Tampa, FL 33607


Daytona Funding

266 Broadway

Suite 401

Brooklyn, NY 11211