| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc Aaron Goldbach (SBN 139318)<br>Goldbach Law Group<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>562-696-0582<br>888--771-5425<br>marc.goldbach@goldbachlaw.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Bobby Dee Presents | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Bobby Dee Presents Inc.<br><br><br><br>Debtor(s) | CASE NO.:  2:26-bk-13477-NB<br>CHAPTER:  11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☒ Schedule E/F    ☐ Schedule G

☒ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☒ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List

☒ Other *(specify)* Official Form 204_____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/17/2026

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**:  It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                    Page 1                                    **F 1007-1.1.AMENDED.SUMMARY**

Fill in this information to identify the case:

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the:  Central                    District of  California
                                                                    (State)

Case number (If known):  _____

☒ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Bridgecap Financial 19790 W. Dixie Highway Suite 905 Miami, FL 33180 | Bridgecap Financial 561-295-881 info@bridgecapfinancial.com | Merchant Cash Advance | | | | 500,000.00 |
| 2 Cali Flower Capital Inc. 1 Princeton Avenue Brick Township, NJ 08724 | Cali Flower Capital Inc. 1-888-966-3433 info@califlowercapital.com | Merchant Cash Advance | | | | 150,000.00 |
| 3 Pawn Funding FL LLC 9600 Koger Blvd. N. Suite 236 St. Petersburg, FL 33702 | Pawn Funding FL LLC 656-207-6040 PawnFunding@rfservicingllc.com | Merchant Cash Advance | | | | 325750.00 |
| 4 Daytona Funding Solutions Corp. 266 Broadway, Suite 401 Brooklyn, NY 11201 | Daytona Funding Solutions Corp. 516-619-7796 | Merchant Cash Advance | | | | 180,000.00 |
| 5 Kingdom Kapital 1 Princeton Avenue Brick, NJ 08724 | Kingdom Kapital moshe@megedfunding.com 929-263-2226 | Merchant Cash Advance | | | | 435,000.00 |
| 6 Launch Funding Group LLC 1250 E. Hallendale Beach Bl. Suite 505 Hallandale Beach, FL 33009 | Launch Funding Group 786-977-2534 info@launchfundinggroup.com | Merchant Cash Advance | | | | 300,000.00 |
| 8 | | | | | | |

Debtor    __Bobby Dee Presents Inc._____    Case number (if known)__2:26-bk-13477-NB_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 BDP Worldwide Inc. 932 W. Pine Street West Covina, CA 91790 | Andre Vizcarra 323-303-0316 andre@bobbypresents.com | Interest-Bearing Loan For BDP Retainer Fee | | | | 20,000.00 |
| 10 JP Morgan Chase P.O. BOX 9013 Addison, TX 75001 | | Credit Card | | | | 2,216.66 |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

## Central District of California

**In re**     Bobby Dee Presents Inc.

Case No. 2:26-bk-13477-NB

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$_____ 20,000.00

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . .$_____ 20,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$_____ 0.00

2. The source of the compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)     BDP Worldwide, Inc.  (Funder)
                                            932 W. Pine Street
                                            West Covina, CA 91790.

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.   [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>05/12/2026<br>*Date*</td><td>/s/ Marc Aaron Goldbach<br>*Signature of Attorney*<br><br>Goldbach Law Group<br>*Name of law firm*</td></tr>
</table>

Fill in this information to identify the case:

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the: Central _____ District of California
                                                              (State)

Case number (If known):  2:26-bk-13477-NB

☑ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...............................................................................  $ ____337,794.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................  $ __2,522,024.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...............................................................................  $ __2,859,818.10

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................  $ __5,000,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................  $ _____3,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................  + $ __1,990,750.00

4. **Total liabilities**.......................................................................................................................................  $ __6,993,750.00
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the: Central _____ District of  District
                                                                    (State)

Case number (If known):  2:26-bk-13477-NB

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                          $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. JP Morgan Chase | Checking | 1 _ 8 8 6 | $ 71,574.29 |
   | 3.2. | | — — — — | $ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. | $ |
   | 4.2. | $ |

5. **Total of Part 1**                                        $ _____ 71,547.29

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. Se4cujrity Deposit For Commercial Lease | $ 6,254.00 |
   | 7.2. | $ |

---

Debtor    <u>Bobby Dee Presents, Inc.</u>    Case number *(if known)* <u>2:26-bk-13477</u>
    Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. <u>Artist Prepaid Expenses</u>     $<u>   1,213,305.70</u>

    8.2.<u> </u>     $<u> </u>

**9. Total of Part 2.**     $<u>   1,219,559.70</u>

    Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

**11. Accounts receivable**

    11a. 90 days old or less: <u> </u> – <u> </u> = ........➔     $<u> </u>
                         face amount     doubtful or uncollectible accounts

    11b. Over 90 days old: <u>70000.00</u> – <u>0.00</u> = ........➔     $<u>   70,000.00</u>
                        face amount     doubtful or uncollectible accounts

**12. Total of Part 3**     $<u>   70,000.00</u>

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    **Valuation method used for current value**     **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. <u> </u>     <u> </u>     $<u> </u>

    14.2. <u> </u>     <u> </u>     $<u> </u>

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:     % of ownership:

    15.1. <u> </u> <u> </u>%     <u> </u>     $<u> </u>

    15.2. <u> </u> <u> </u>%     <u> </u>     $<u> </u>

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. <u> </u>     <u> </u>     $<u> </u>

    16.2. <u> </u>     <u> </u>     $<u> </u>

**17. Total of Part 4**     $<u>   0.00</u>

    Add lines 14 through 16. Copy the total to line 83.

---

Official Form 206A/B     **Schedule A/B: Assets — Real and Personal Property**     page **2**

Debtor   Bobby Dee Presents Inc.   Case number (if known) 2:26-bk-13477-NB
         Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

_____   MM / DD / YYYY   $_____   _____   $_____

20. **Work in progress**

_____   MM / DD / YYYY   $_____   _____   $_____

21. **Finished goods, including goods held for resale**

_____   MM / DD / YYYY   $_____   _____   $_____

22. **Other inventory or supplies**

_____   MM / DD / YYYY   $_____   _____   $_____

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____   $_____   _____   $_____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____   $_____   _____   $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____   $_____   _____   $_____

31. **Farm and fishing supplies, chemicals, and feed**

_____   $_____   _____   $_____

32. **Other farming and fishing-related property not already listed in Part 6**

_____   $_____   _____   $_____

Debtor    Bobby Dee Presents Inc.    Case number (*if known*) 2:26-bk-13477-NB
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture, Tables and Chairs | $ 2,776.37 | Used Furn Prices | $ 2,776.38 |
| **40. Office fixtures** | | | |
| Long Term Office Equipment | $ 2,407.17 | Used Equip Prices | $ 2,407.17 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, Printers and Servers | $ 10,000.00 | Used Comp Prives | $ 10,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Paintings | $ 5,000.00 | _____ | $ 5,000.00 |
| 42.2 | $ | _____ | $ |
| 42.3 | $ | _____ | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 20,183.55

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Bobby Dee Presents Inc._____  Case number (*if known*)_2:26-bk-13477-NB_____
Name

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☐ No. Go to Part 9.

 ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2019 Bentley | $ 68,000.00 | KBB | $ 68,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Tools, Machinery and Other Equipment | $ 34,866.77 | | $ 34,866.77 |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.     $ 102,866.77

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ☑ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ☑ No
 ☐ Yes

Debtor    <u>Bobby Dee Presents Inc.</u>                                    Case number *(if known)* <u>2:26-bk-13477-NB</u>
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Commercial Building | Lessee | $ 337,794.00 | GAP/Accountant | $ 337,794.00 |
| 55.2 9950 Ranch Bell Drive | | $ | | $ |
| 55.3 Unit Nos. 104, 105 and 106 | | $ | | $ |
| 55.4 Leasehold Improvements | | $ | | $ |
| 55.5 Complete Remodel (Fixed Assets) | | $ | | $ |
| 55.6 2022-2023 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 337,794.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor   __Bobby Dee Presents, Inc.__            Case number (if known)  2:26-bk-13477_____
      Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

                                    **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➔  $_____

                                Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____

_____  Tax year _____  $_____

_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

__Current Asset Leasehold Improvements__  $_____967,867.00

__Deposits Holding For Others (Artists)__  $_____70,000.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $____1,037,867.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B               Schedule A/B: Assets — Real and Personal Property               page 7

Debtor  __Bobby Dee Presents, Inc.__  Case number (if known) __2:26-bk-13477__
Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |

71. **Notes receivable**

Description (include name of obligor)

_____ — _____ = → $_____
_____ Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $_____
_____ Tax year _____ $_____
_____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**

_____ $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $_____

Nature of claim _____
Amount requested $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $_____

Nature of claim _____
Amount requested $_____

76. **Trusts, equitable or future interests in property**

_____ $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Current Asset Leasehold Improvements _____  $_____ 967,867.00
Deposits Holding For Others (Artists) _____  $_____ 70,000.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$____ 1,037,867.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

---

Debtor    <u>Bobby Dee Presents, Inc.</u>    Case number (if known) <u>2:26-bk-13477</u>
<span style="font-size:smaller">Name</span>

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 71,547.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,219,559.70 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 70,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 20,183.55 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 102,866.77 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 337,794.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,037,867.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 2,522,024.10 | 91b. $ 337,794.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................... $ 2,859,818.10

---

**Fill in this information to identify the case:**

Debtor    Bobby Dee Presents Inc.

United States Bankruptcy Court for the: Central    District of California
(State)

Case number    2:26-bK-13477-NB
(If known)

☒ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service

PO Box 7317

Philadelphia, PA 19101

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____3,000.00    $_____3,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Income Taxes

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (qqqqq)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    Bobby Dee Presents Inc.                                    Case number (if known)_____
          Name

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

2._  **Priority creditor's name and mailing address**                                    $_____    $_____

_____        **As of the petition filing date, the claim is:**
_____        *Check all that apply.*
_____        ❑ Contingent
                                          ❑ Unliquidated
                                          ❑ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
_____        _____

**Last 4 digits of account**                  **Is the claim subject to offset?**
**number**    ___ ___ ___ ___              ❑ No
                                          ❑ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

2._  **Priority creditor's name and mailing address**                                    $_____    $_____

_____        **As of the petition filing date, the claim is:**
_____        *Check all that apply.*
_____        ❑ Contingent
                                          ❑ Unliquidated
                                          ❑ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
_____        _____

**Last 4 digits of account**                  **Is the claim subject to offset?**
**number**    ___ ___ ___ ___              ❑ No
                                          ❑ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

2._  **Priority creditor's name and mailing address**                                    $_____    $_____

_____        **As of the petition filing date, the claim is:**
_____        *Check all that apply.*
_____        ❑ Contingent
                                          ❑ Unliquidated
                                          ❑ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
_____        _____

**Last 4 digits of account**                  **Is the claim subject to offset?**
**number**    ___ ___ ___ ___              ❑ No
                                          ❑ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

2._  **Priority creditor's name and mailing address**                                    $_____    $_____

_____        **As of the petition filing date, the claim is:**
_____        *Check all that apply.*
_____        ❑ Contingent
                                          ❑ Unliquidated
                                          ❑ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**
_____        _____

**Last 4 digits of account**                  **Is the claim subject to offset?**
**number**    ___ ___ ___ ___              ❑ No
                                          ❑ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

Debtor __Bobby Dee Presents Inc.__     Case number _(if known)_____
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                           **Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

Kingdom Kapital

1 Princeton Avenue

Brick, NJ 08724

Date or dates debt was incurred    03/17/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __MCA__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 435,000.00

---

**3.2** **Nonpriority creditor's name and mailing address**

:Launch Funding Group LLC

1250 E Hallandale Beach Blvd Ste 505

Hallendale, FL 33009

Date or dates debt was incurred

Last 4 digits of account number    02/28/2025

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __MCA__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 300,000.00

---

**3.3** **Nonpriority creditor's name and mailing address**

Cali Flower Capital Inc.

1 Princeton Avenue

Brick Township, NJ 08724

Date or dates debt was incurred    05/14/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __MCA__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 150,000.00

---

**3.4** **Nonpriority creditor's name and mailing address**

Bridegecap Financial LLC

19790 W Dixie Hwy Suite 905

Miami, FL 33180

Date or dates debt was incurred    05/09/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __MCA__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 300,000.00

---

**3.5** **Nonpriority creditor's name and mailing address**

Bridgecap Financial LLC

19790 W Dixie Hwy Suite 905

Miami, FL 33180

Date or dates debt was incurred    05/09/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __MCA__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 280,000.00

---

**3.6** **Nonpriority creditor's name and mailing address**

Pawn Funding FL LLC

1311 N Westshore Blvd Suite 101

Tampa, FL 33607

Date or dates debt was incurred    03/17/2025

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __MCA__

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

$ 325,750.00

---

Debtor   **Bobby Dee Presents Inc.**
Name

Case number (if known) 2:26-bk-13477-NB

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___** Nonpriority creditor's name and mailing address

Daytona Funding

266 Broadway Suite 401
Brooklyn, NY 11211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **Merchant Cash Adv**

$ 180,000.00

Date or dates debt was incurred   06/26/2025

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

BDP Worldwide

832 W. Pine Street
West Covina, CA 91790

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **BK Retainer Fee Loan**

$ 20,000.00

Date or dates debt was incurred   03/2026

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

JP Morgan Chase Bank

PO Box 9013
Addison, TX 75001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

$ 2,216.66

Date or dates debt was incurred

Last 4 digits of account number   8309 __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  __Bobby Dee Presents Inc__  Case number (if known) 2:26-bk-13477-NB
         Name

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 3,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 1,990,750.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,993,750.00 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

**Fill in this information to identify the case:**

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the: Central _____ District of California
(State)

Case number (If known):  2:26-bk-13477-NB

☑ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** — **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Robert Drieslein — 9950 Bell Ranch Drive (Street), Unit 104, Santa Fe Springs, CA 90670 | | Kingdom Kapital | ☐ D  ☑ E/F  ☐ G |
| 2.2 Robert Drieslein — 9950 Bell Ranch Drive (Street), Unit 104, Santa Fe Springs, CA 90670 | | Launch Funding Group | ☐ D  ☑ E/F  ☐ G |
| 2.3 Robert Drieslein — 9950 Bell Ranch Drive (Street), Unit 104, Santa Fe Springs, CA 90670 | | Cali Flower Capital | ☐ D  ☑ E/F  ☐ G |
| 2.4 Robert Drieslein — 9950 Bell Ranch Drive (Street), Unit 104, Santa Fe Springs, CA 90670 | | Bridgegap Financial LLC | ☐ D  ☑ E/F  ☐ G |
| 2.5 Robert Drieslein — 9950 Bell Ranch Drive (Street), Unit 104, Santa Fe Springs, CA 90670 | | Pawn Funding FL LLC | ☐ D  ☑ E/F  ☐ G |
| 2.6 Robert Drieslein — 9950 Bell Ranch Drive (Street), Unit 104, Santa Fe Springs, CA 90670 | | Daytona Funding | ☐ D  ☑ E/F  ☐ G |

Debtor    Bobby Dee Presents Inc.                                    Case number (*if known*)  2:26-bk-13477-NB
          Name

| **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.— Robert Drieslein | 9950 Bell Ranch Drive<br>Street<br>Unit 104<br>Santa Fe Springs,    CA    90670<br>City            State        ZIP Code | FFB Bank (SBA) | ☑ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br>City            State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br>City            State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br>City            State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br>City            State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br>City            State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br>City            State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br>City            State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                          Schedule H: Codebtors                          page ___ of ___

Fill in this information to identify the case and this filing:

Debtor Name __Bobby Dee Presents Inc.__

United States Bankruptcy Court for the: __Central__                  District of __California__
                                                                (State)

Case number (If known): __2:26-bk-13477-NB__

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☑ Amended *Schedule __A/B__*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☑ Other document that requires a declaration __Official Form 204__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/15/2026__            ✗ _____
                 MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        __Robert Drieslein__
                                        Printed name

                                        __Chief Executive Officer__
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name  Bobby Dee Presents Inc.

United States Bankruptcy Court for the:  Central District of California

(State)

Case number (If known):  2:26-bk-13477-NB

☑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2026 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,471,331.39 |
   | **For prior year:** | From 01/01/2025 to 12/31/2025<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 21,249,634.50 |
   | **For the year before that:** | From 01/01/2024 to 12/31/2024<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 33,011,144.25 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor    Bobby Dee Presnts Inc._____                    Case number (if known)_____
          Name

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   |  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | Kingdom Kapital<br>Creditor's name<br>1 Princeton Avenue<br>Street<br><br>Brick                NJ.      08724<br>City            State      ZIP Code | 03/2026<br><br>02/2026<br><br>01/2026 | $___18,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
   | 3.2. | Launch Funding<br>Creditor's name<br>1250 East Hallendale Beach Blvd.<br>Street<br>Suite 505<br>Hallandale Beach      FL      33009<br>City            State      ZIP Code | 03/2026<br><br>02/2026<br><br>01/2026 | $___18,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

   |  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City      State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | ____<br><br>____<br><br>____ | $_____ | _____<br><br>_____<br><br>_____ |
   | 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City      State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | ____<br><br>____<br><br>____ | $_____ | _____<br><br>_____<br><br>_____ |

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page 2

Debtor Bobby Dee Presents Inc.

Statement of Financial Affairs Form 207 Attachment

Part 2:  List of Certain Transfers Made Before Filing for Bankruptcy

| Bridgegap Financial | 03/2026 | $36,000. | Unsecured Lon Payments |
|---|---|---|---|
| 19790 W. Dixie Hwy. | 02/2026 | | |
| Suite 905 | 01/2026 | | |
| Miami, FL 33180 | | | |

| Daytona Funding Solutions Corp. | 03/2026 | $18,000 | Unsecured Loan Payments |
|---|---|---|---|
| 266 Broadway | 02/2026 | | |
| Suite 401 | 01/2026 | | |
| Brooklyn, NY 11201 | | | |

| Pawn Funding FL LLC | 03/2026 | $18,000 | Unsecured Loan Payments |
|---|---|---|---|
| 9600 Koger Blvd. N. | 02/2026 | | |
| Suite 236 | 01/2026 | | |
| St. Petersburg, FL 33702 | | | |

| Cali Flower Capital | 03/2026 | $18,000. | Unsecured Loan Payments |
|---|---|---|---|
| 1 Princeton Avenue | 02/2026 | | |
| Brick Township, NJ 08724 | 01/2026 | | |

Debtor   Bobby Dee Presnts Inc.
         Name

Case number *(if known)*_____

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City    State    ZIP Code | | | |

### Part 3:   Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Kingdom Kapital v. Bobby D | OSC/TRO | Supreme Court of State of NY | ☑ Pending |
| | | | Name  360 Adams Street | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | Index No.524317/2025 | | Brooklyn.    NY    11201 | |
| | | | City    State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | | | Street | |
| | | | City    State    ZIP Code | |

Debtor    **Bobby Dee Presnts Inc.**               Case number *(if known)*_____
        Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| _____ Street | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| _____ City  State  ZIP Code | **Case number** | _____ Street |
| | _____ | _____ |
| | **Date of order or assignment** | _____ City  State  ZIP Code |
| | _____ | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City  State  ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City  State  ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:  Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

Debtor    Bobby Dee Presnts Inc.
_____    Case number (if known)_____
       Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldbach Law Group | | 03/2026 | $ 20,000.00 |

**Address**

Street
111 W. Ocean Blvd., Suite 400

Long Beach          CA.      90802
City              State      ZIP Code

**Email or website address**
www.goldbachlaw.com

**Who made the payment, if not debtor?**

BDP Worldwide

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

**Address**

Street

City              State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor    Bobby Dee Presnts Inc.                          Case number (if known)_____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |

Debtor  Bobby Dee Presnts Inc.
_____
Name

Case number (if known)_____

---

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

❑ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
_____
Facility name

_____
Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

❑ Electronically
❑ Paper

_____
City    State    ZIP Code

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
_____
Facility name

_____
Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

❑ Electronically
❑ Paper

_____
City    State    ZIP Code

---

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No
❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.
❑ Yes. Fill in below:

Name of plan

Employer identification number of the plan

_____

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

❑ No
❑ Yes

---

Debtor    Bobby Dee Presnts Inc.
       Name

Case number *(if known)*

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name _____ Street _____ _____ City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name _____ Street _____ _____ City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City State ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City State ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ | ☐ No ☐ Yes |

---

Debtor    Bobby Dee Presnts Inc.                                      Case number (if known)_____
                Name

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    <u>Bobby Dee Presents Inc.</u>                                      Case number *(if known)* <u>2:26-bk-13477-NB</u>
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**Business name and address**          **Describe the nature of the business**          **Employer Identification number**
Do not include Social Security number or ITIN.

25.1.
Name
Street
City        State        ZIP Code

EIN: __ __ - __ __ __ __ __ __ __
**Dates business existed**
From _____    To _____

**Business name and address**          **Describe the nature of the business**          **Employer Identification number**
Do not include Social Security number or ITIN.

25.2.
Name
Street
City        State        ZIP Code

EIN: __ __ - __ __ __ __ __ __ __
**Dates business existed**
From _____    To _____

**Business name and address**          **Describe the nature of the business**          **Employer Identification number**
Do not include Social Security number or ITIN.

25.3.
Name
Street
City        State        ZIP Code

EIN: __ __ - __ __ __ __ __ __ __
**Dates business existed**
From _____    To _____

---

Debtor    __Bobby Dee Presnts Inc._____          Case number (if known)_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| | | |
|---|---|---|
| **Name and address** | | **Dates of service** |

26a.1.   __Andre Vizcarra, Accountant_____     From _____    To _____
         Name
         __11302 Whitley_____
         Street

         __Whittier_____ __CA__ __90601__
         City                         State   ZIP Code

**Name and address**                                        **Dates of service**

26a.2.   _____          From _____    To _____
         Name

         _____
         Street

         _____
         City                   State       ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

**Name and address**                                        **Dates of service**

26b.1.   _____          From _____    To _____
         Name

         _____
         Street

         _____
         City                   State       ZIP Code

**Name and address**                                        **Dates of service**

26b.2.   _____          From _____    To _____
         Name

         _____
         Street

         _____
         City                   State       ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

**Name and address**                                        **If any books of account and records are unavailable, explain why**

26c.1.   __Robert Drieslein_____     _____
         Name
         __9950 Bell Ranch Drive_____     _____
         Street
         __Suite104_____
         __Santa Fe Springs____ __CA__ __90670__     _____
         City                   State   ZIP Code

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **11**

Debtor    Bobby Dee Presnts Inc.                                          Case number (if known)_____
                Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ <br> Street _____ <br> _____ <br> City                State        ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.    Name _____
          Street _____
          _____
          City                State        ZIP Code

**Name and address**

26d.2.    Name _____
          Street _____
          _____
          City                State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.    Name _____
          Street _____
          _____
          City                State        ZIP Code

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **12**

Debtor   <u>Bobby Dee Presnts Inc.</u>                         Case number (*if known*)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.   _____
        Name

        _____
        Street

        _____

        City                    State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Drieslein | 9950 Bell Ranch Drive, Suite 104 | President/Secretary | 100% |
| | Santa Fe Springs, CA 90670 | Stockholder | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | | | |
| _____ | | _____ | |
| City              State    ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor   __Bobby Dee Presents Inc.__                           Case number (if known)__2:26-bk-13477-NB__
         Name

30.2 **Name and address of recipient**

_____

Name

_____

Street

_____

_____

City                    State        ZIP Code

_____

Relationship to debtor

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Name of the parent corporation                            Employer Identification number of the parent corporation

_____            EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Name of the pension fund                                  Employer identification number of the pension fund

_____            EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __05/13/2026__
              MM / DD / YYYY

✗ _____          Printed name __Robert Drieslein__
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Executive Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc Aaron Goldbach (SBN 139318)<br>Goldbach Law Group<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>562-696-0582<br>888-771-5425<br>marc.goldbach@goldbachlaw.com<br><br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Bobby Dee Presents Inc. | CASE NO.: 2:26-bk-13477-NB |
|---|---|
| | CHAPTER: 11 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _1_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.


Date:   05/05/2026

_____
Signature of Debtor 1


Date:   _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)


Date:   05/15/2026

/s/ Marc Aaron Goldbach
_____
Signature of Attorney for Debtor (if applicable)


This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

BDP Worldwide Inc

832 West Pine Street

West Covina, CA 91790


JP Morgan Chase Bank

PO Box 9013

Addison, TX 75001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
111 W. Ocean Blvd., Suite 400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 05/17/2026 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/17/2026 | Marc Aaron Goldbach | /s/ Marc Aaron Goldbach |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                Page 2                **F 1007-1.1.AMENDED.SUMMARY**

Label Matrix for local noticing
0973-2
Case 2:26-bk-13477-NB
Central District of California
Los Angeles
Tue Apr 14 08:17:53 PDT 2026

Bobby Dee Presents Inc
9950 Bell Ranch Drive Unit 104
Santa Fe Springs, CA 90670-6162

FFB BANK
c/o Don J. Pool, Fennemore LLP
8080 N. Palm Avenue, Third Floor
Fresno, CA 93711-5797

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Bridgecap Financial LLC
19790West Dixie Highway
Suite 905
Miami, FL 33180-2298

Cali Flower Capital Inc
1 Princeton Avenue
Brick Township, NJ 08724-3515

Daytona Funding
266 Broadway
Suite 401
Brooklyn, NY 11211-6306

FFB Bank
7690 North Palm Avenue
Suite 101
Fresno, CA 93711-5772

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7317
Philadelphia, PA 19101-7317

Kingdom Capital
1 Princeton Avenue
Brick, NJ 08724-3515

Launch Funding Group LLC
1250 East Hallandale Beach Blvd
Suite 505
Hallandale, FL 33009-4635

Pawn Funding FL LLC
1311 North Westshore Blvd
Suite 101
Tampa, FL 33607-4611

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Marc A Goldbach
Goldbach Law Group
111 West Ocean Boulevard
Suite 400
Long Beach, Ca 90802-4633

End of Label Matrix
Mailable recipients      13
Bypassed recipients       0
Total                    13